IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3047 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARDO F. RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     IT IS ORDERED:

     1.  The motion of Korey L. Reiman to withdraw as counsel for the defendant, filing 13, is granted.

     2.  The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

     3.  The new attorney shall enter an appearance promptly upon appointment.

     DATED this 24th day of April, 2008.

                 BY THE COURT:

                 s/ *David L. Piester*
                 David L. Piester
                 United States Magistrate Judge