IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3047 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARDO F. RAMIREZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that motion for enlargement of time and continuance of sentencing (filing 40) is granted as provided herein and is otherwise denied. Sentencing is continued to December 30, 2008 at 12:30 PM. The defendant shall have until December 12, 2008 to file additional objections or motions regarding the presentence report. If necessary, the undersigned will issue additional tentative findings on December 19, 2008. The Clerk shall provide a copy of this order to the United States Marshals Service.

   DATED this 25th day of November, 2008.

                              BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge